

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 4:21-CR-00185 |
| v. | § | |
| | § | Judge Mazzant |
| ESTEBAN PALACIO PELAEZ | § | |

## FACTUAL BASIS

The defendant, **Esteban Palacio Pelaez**, hereby stipulates and agrees that at all times relevant to the Indictment herein, the following facts were true:

1.      That the defendant, **Esteban Palacio Pelaez**, who is changing his plea to guilty, is the same person charged in the Indictment.

2.      That **Esteban Palacio Pelaez** and one or more persons in some way or manner made an agreement to commit the crime charged in the Indictment, to manufacture and distribute 450 kilograms or more of a mixture or substance containing a detectable amount Cocaine intending, knowing, and with reasonable cause to believe that the Cocaine will be unlawfully imported into the United States.

3.      That **Esteban Palacio Pelaez** knew the unlawful purpose of the agreement and joined in it with the intent to further it.

4.      That **Esteban Palacio Pelaez** knew that the amount involved during the term of the conspiracy involved at least 450 kilograms of a mixture or substance containing a detectable amount of Cocaine.  This amount was involved in the

Factual Basis
Page 1

conspiracy after the defendant entered the conspiracy, was reasonably foreseeable to the defendant and was part of jointly undertaken activity.

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

5.     I have read this Factual Basis and the Indictment and have discussed them with my attorney. I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes the events and my acts.

Dated: 9/7/2023

ESTEBAN PALACIO PELAEZ
Defendant

## COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

6.     I have read this Factual Basis and the Indictment and have reviewed them with my client. Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the Indictment.

Dated: 9/7/23

ERIK R. SUNDE
Attorney for the Defendant